**Werner Mfg. Co., a Corporation, Plaintiff-Appellee, v. The Sardis Luggage Co., a Corporation, Defendant-Appellant.**

**Gen. No. 48,504.**

First District, Second Division.

January 30, 1962.

Kahn, Adsit & Arnstein, of Chicago (John F. McClure, of counsel), for appellant; James B. Rice and Marcus L. Silver, of Chicago (James B. Rice, of counsel), for appellee. Opinion by MR. JUSTICE BURKE. Not to be published in full.